NUMBER 13-02-622-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_____________________________________________________________


COMMONWEALTH GENERAL CORPORATION, Appellant,


v.



WILLIAM E. YORK, ET AL., Appellees.

_____________________________________________________________


On appeal from the 214th District Court 


of Nueces County, Texas.


_____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam




 Appellant, COMMONWEALTH GENERAL CORPORATION, perfected an appeal
from a judgment entered by the 214th District Court of Nueces County, Texas, in cause
number 02-2651-F. After the cause was remanded to this Court by the Texas Supreme
Court, the parties filed a joint motion to remand to allow dismissal of party. In the motion,
the parties state that they have reached an agreement in which they request this Court to
remand this case to the 214th District Court of Nueces County, Texas. At that point, 
appellees will dismiss, with prejudice, appellant from this case. The Court, having
examined and fully considered the documents on file and the parties' joint motion, is of the
opinion that the motion should be granted. The joint motion is granted, and the judgment
of the trial court is hereby REVERSED, and the cause is REMANDED to the trial court in
accordance with the parties' agreement. 

 PER CURIAM

Memorandum Opinion delivered and filed this

the 26th day of July, 2007.